| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Guardian Baseball, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3376960** | |
| 4. | **Debtor's address** | **Principal place of business** **3300 Ruckriegel Pkwy Ste 104** **Louisville, KY 40299** Number, Street, City, State & ZIP Code  **Jefferson** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://guardianbaseball.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Guardian Baseball, LLC**                                       Case number (*if known*)_____
        Name

**7. Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Guardian Baseball, LLC**  Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor |  | Relationship |  |
|---|---|---|---|
| District |  | When |  | Case number, if known |  |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Guardian Baseball, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Guardian Baseball, LLC**
     Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August  3, 2023**
MM / DD / YYYY

**X /s/ Zev Bernard**
Signature of authorized representative of debtor

**Zev Bernard**
Printed name

Title **COO**

**18. Signature of attorney**

**X /s/ Charity S. Bird**
Signature of attorney for debtor

Date **August  3, 2023**
MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 540-8285**    Email address **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

# RESOLUTION OF THE INITIAL MEMBERS
## of
## GUARDIAN BASEBALL, LLC

### July 31, 2023

The undersigned, being the Initial Members of Guardian Baseball, LLC (the "Company"), hereby adopt the following recitals and resolutions pursuant to the Limited Liability Company Operating Agreement of the Company (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS**, the Initial Members have determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Initial Members have determined that it is in necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Zev Bernard, as COO of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Zev Bernard, as COO of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Bernard may delegate such responsibilities to be executed by another individual in his discretion; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

### Counterparts; Electronic Mail Transmission

This Resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same Resolution. This Resolution may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the Initial Members of the Company have executed this Resolution on the date first written above.

_Zev Bernard (Aug 1, 2023 14:30 EDT)_

Zev Bernard, Initial Member

_Matt Kubancik (Aug 1, 2023 10:12 MDT)_

Matt Kubancik, Initial Member

**Fill in this information to identify the case:**

Debtor name  **Guardian Baseball, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  3, 2023**         X **/s/ Zev Bernard**
                                              Signature of individual signing on behalf of debtor

                                              **Zev Bernard**
                                              Printed name

                                              **COO**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Guardian Baseball, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 100% 4141 Ruffin Rd San Diego, CA 92123 | | | | | | $9,623.00 |
| All-Star Sports 4141 Ruffin Rd San Diego, CA 92123 | | | | | | $9,623.00 |
| Amazon Advertising PO Box 24651 Seattle, WA 98124 | | | | | | $21,493.56 |
| Amer Sports 130 E Randolph St Suite 600 Chicago, IL 60601 | | | | | | $119,585.94 |
| American Express-Gold 200 Vesey St New York, NY 10285 | | | | | | $12,058.81 |
| American Express-Platinum Schwab 200 Vesey St New York, NY 10285 | | | | | | $155,696.90 |
| Baden Sports 19015 66th Ave S Kent, WA 98032-1154 | | | | | | $35,140.95 |
| Barr Credit Services 3444 N Country Club Rd #200 Tucson, AZ 85716 | | | | | | $36,522.54 |
| Capital One 1680 Capital One Dr McLean, VA 22102 | | | | | | $139,784.69 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Guardian Baseball, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Champro Sports**<br>1175 Wheeling Rd<br>Wheeling, IL 60090 | | | | | | $28,753.68 |
| **Chase Ink**<br>270 Park Ave<br>New York, NY 10017 | | | | | | $99,406.16 |
| **Chase Marketing**<br>206 Old Harrods Creek Rd<br>Suite 4<br>Louisville, KY 40223 | | | | | | $6,020.00 |
| **Elan-Polo**<br>2005 Walton Rd<br>Saint Louis, MO 63114 | | | | | | $256,947.58 |
| **FGX International**<br>P.O. Box 814265<br>Dallas, TX 75381-4265 | | | | | | $77,664.02 |
| **Glory International**<br>Room 3208-3211<br>32nd Fl, Block B<br>Wanda Plaza, Yiwu<br>Zhejiang, China, 322000 | | | | | | $5,265.00 |
| **K&J Footwear**<br>23041 Fairfield<br>Mission Viejo, CA 92692 | | | | | | $59,819.33 |
| **PayPal Lending**<br>2211 N 1st St<br>San Jose, CA 95131 | | | | | | $21,582.52 |
| **Stinger Bat**<br>1436 Striped Bass Ln<br>Clover, SC 29710 | | | | | | $130,460.48 |
| **Unishippers**<br>P.O. Box 436191<br>Louisville, KY 40243 | | | | | | $12,950.38 |
| **Walmart Lending**<br>702 S.W. 8th St<br>Bentonville, AR 72716 | | | | | | $7,554.00 |

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Guardian Baseball, LLC**                            Case No.
                                   Debtor(s)                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matt Joyce**<br>554 W Davis Blvd<br>Tampa, FL 33606 | | 2% | **Inactive Membership Interest** |
| **Matt Kubancik**<br>7368 Wolf Springs Trace<br>Louisville, KY 40026 | | 49% | **Membership Interest** |
| **Zev Bernard**<br>12806 Crestview Cove<br>Prospect, KY 40059 | | 49% | **Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **COO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  3, 2023**                            Signature  **/s/ Zev Bernard**
                                                                **Zev Bernard**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Guardian Baseball, LLC**                                    Case No.
                        Debtor(s)                                      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the COO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 3, 2023**               **/s/ Zev Bernard**
                                         **Zev Bernard**/**COO**
                                         Signer/Title

```
100%
4141 Ruffin Rd
San Diego, CA 92123

All-Star Sports
4141 Ruffin Rd
San Diego, CA 92123

Amazon Advertising
PO Box 24651
Seattle, WA 98124

Amazon Lending
410 Terry Ave N
Seattle, WA 98109

Amer Sports
130 E Randolph St
Suite 600
Chicago, IL 60601

American Express-Gold
200 Vesey St
New York, NY 10285

American Express-Platinum Schwab
200 Vesey St
New York, NY 10285

Baden Sports
19015 66th Ave S
Kent, WA 98032-1154

Barr Credit Services
3444 N Country Club Rd
#200
Tucson, AZ 85716

Capital One
1680 Capital One Dr
McLean, VA 22102

Champro Sports
1175 Wheeling Rd
Wheeling, IL 60090

Chase Ink
270 Park Ave
New York, NY 10017

Chase Marketing
206 Old Harrods Creek Rd
Suite 4
Louisville, KY 40223
```

```
Cory Andres
10630 W Windsor Ave
Avondale, AZ 85392

Credibly Lending
25200 Telegraph Rd
#350
Southfield, MI 48033

DHL
2700 South Commerce Pkwy
Suite 300
Fort Lauderdale, FL 33331

Elan-Polo
2005 Walton Rd
Saint Louis, MO 63114

FGX International
P.O. Box 814265
Dallas, TX 75381-4265

Full Service Commerce LLC
3512 SE Woodward St
Portland, OR 97202

Glory International
Room 3208-3211
32nd Fl, Block B
Wanda Plaza, Yiwu
Zhejiang, China, 322000

Harding Shymanski
P.O. Box 3677
Evansville, IN 47735-3677

K&J Footwear
23041 Fairfield
Mission Viejo, CA 92692

Kabbage, Inc.
200 Vesey St
New York, NY 10285

Kristopher Kritikos
One Panther Parkway
Sunrise, FL 33323

Lojistic
P.O. Box 4458
Houston, TX 77210-4458

Marcus Lending
11850 South Election Rd
Draper, UT 84020
```

```
Marketplace Valet
240 Teller St
Corona, CA 92879

Paramount Apparal
P.O. Box 98
Bourbon, MO 65441

PayPal Lending
2211 N 1st St
San Jose, CA 95131

Premier Packaging
P.O. Box 39505
Louisville, KY 40233

SBA Loan
600 Dr Martin Luther King Jr Pl
Louisville, KY 40202

Sellers Financing
45 N Broad St
Suite 100
Ridgewood, NJ 07450

Shawn Davis
4520 Cod Dr
Louisville, KY 40272

Shopify Capital
33 New Montgomery St
Suite 750
San Francisco, CA 94105

Stinger Bat
1436 Striped Bass Ln
Clover, SC 29710

Traffick Media
720 E Market St
Louisville, KY 40202

Unishippers
P.O. Box 436191
Louisville, KY 40243

Walmart Lending
702 S.W. 8th St
Bentonville, AR 72716
```

# United States Bankruptcy Court
### Western District of Kentucky

In re  **Guardian Baseball, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Guardian Baseball, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 3, 2023**
Date

**/s/ Charity S. Bird**
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for **Guardian Baseball, LLC**
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**